## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SERGIO GARCIA FERNANDEZ, professionally known as ANGELSLANG<br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL PHILLIP JAGGER, professionally known as MICK JAGGER, KEITH RICHARDS, collectively known as THE ROLLING STONES, UNIVERSAL MUSIC GROUP, INC., BMG RIGHTS MANAGEMENT, LLC, AND PROMOPUB B.V.<br>　　　　Defendants. | CIVIL ACTION NO:<br>2:23-cv-00891-EEF-DPC<br><br><br>JUDGE:<br>ELDON E. FALLON<br><br><br>MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRALT |

**MOTION TO DISMISS UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3), 12(b)(6), and *FORUM NON CONVENIENS* BY DEFENDANTS MICHAEL PHILLIP JAGGER, KEITH RICHARDS, UMG RECORDINGS, INC., BMG RIGHTS MANAGEMENT (US) LLC, AND PROMOPUB B.V.**

Defendants Michael Phillip Jagger professionally known as "Mick Jagger", Keith Richards, UMG Recordings, Inc., BMG Rights Management (US) LLC, and Promopub B.V. (each, a "Defendant" and, collectively, the "Defendants"), through the undersigned counsel, respectfully request that the Court dismiss Plaintiff Sergio Garcia Fernandez's ("Plaintiff") First Amended Complaint ("FAC") [Dkt. 8] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, 12(b)(2) for lack of personal jurisdiction as to Defendant Promopub B.V., 12(b)(3) for improper venue, and under the doctrine of *forum non conveniens*. Alternatively, should the Court not dismiss the FAC, Defendants request the Court transfer venue to the Southern District of New York pursuant to 28 U.S.C. § 1406(a).

This motion is based on the Memorandum of Law, the declarations in support, all the pleadings, records, and files in this case, such arguments, and other evidence as may be presented

to the Court and the Notice of Submission.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ *Ashley J. Heilprin*

Ashley J. Heilprin, T.A. (La. Bar #34928)
Mary Ellen Roy (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
ashley.heilprin@phelps.com
roym@phelps.com
dan.zimmerman@phelps.com

**ARENTFOX SCHIFF LLP**

BY: /s/ *Eric Roman*

Ross J. Charap (*pro hac vice* pending)
Matthew L. Finkelstein (*pro hac vice* pending)
Eric Roman (*pro hac vice* pending)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
ross.charap@afslaw.com
matt.finkelstein@afslaw.com
eric.roman@afslaw.com

Oscar A. Figueroa (*pro hac vice* pending)
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone: (213) 629-7400
Facsimile: (213) 629-7401
oscar.figueroa@afslaw.com

**ATTORNEYS FOR DEFENDANTS
MICHAEL PHILLIP JAGGER
KEITH RICHARDS,
UMG RECORDINGS, INC.,
BMG RIGHTS MANAGEMENT (US) LLC,
AND PROMOPUB B.V.**