UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SERGIO GARCIA FERNANDEZ professionally known as ANGELSLANG,<br><br>      Plaintiff,<br>  v.<br><br>MICHAEL PHILLIP JAGGER, professionally known as, MICK JAGGER, KEITH RICHARDS, collectively and professionally known as THE ROLLING STONES, UNIVERSAL MUSIC GROUP, INC, BMG RIGHTS MANAGEMENT, LLC, AND PROMOPUB B.V.,<br><br>      Defendants. | 2:23-cv-00891<br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: DONNA PHILLIPS CURRAULT |

## **MOTION TO AMEND AND/OR ALTER JUDGMENT**

NOW INTO COURT, comes, Plaintiff, Sergio Garcia Fernandez, professionally known as, Angelslang, by and through its his counsel of record herein, who moves this Court pursuant to Fed. R. Civ. P. 59(e), or, in the alternative, Fed. R. Civ. P. 60(b) to amend its judgment dismissing the Plaintiff's claims against Defendants without prejudice, and enter an order transferring this matter to the Southern District of New York.

Dated: November 19, 2023                Respectfully submitted,

                                                /s/DASHAWN HAYES
                                                DaShawn Hayes (LA State Bar #34204)
                                                The Hayes Law Firm, PLC
                                                1100 Poydras St., Ste 1530
                                                New Orleans, LA 70163
                                                PH: 504-799-0374
                                                FAX: 504-799-0375
                                                dphayesesquire@gmail.com
                                                Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I, DaShawn Hayes, hereby certify that I served the above and foregoing pleading, by causing true and accurate copies of such to be filed and transmitted to all opposing counsel via the Court's CM/ECF electronic filing system, on this 17th day of November 2023.

**/s/DASHAWN HAYES**
_____
DaShawn Hayes