# United States Court of Appeals
# for the Fifth Circuit

No. 23-30909

United States Court of Appeals
Fifth Circuit
**FILED**
September 5, 2024
Lyle W. Cayce
Clerk

Sergio Garcia Fernandez,

*Plaintiff—Appellant*,

versus

Michael Phillip Jagger, professionally *known as* Mick Jagger, collectively and professionally *known as* The Rolling Stones; Keith Richards, collectively and professionally *known as* The Rolling Stones; UMG Recordings, Incorporated; BMG Rights Management US L.L.C.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-891

ON PETITION FOR REHEARING EN BANC

Before Clement, Graves, and Ramirez, *Circuit Judges*.
Per Curiam:

    Treating the petition for rehearing en banc as a petition for panel rehearing (5th Cir. R. 35 I.O.P.), the petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active

service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.