# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2024
Lyle W. Cayce
Clerk

No. 23-30909

─────────────

Sergio Garcia Fernandez,

*Plaintiff—Appellant*,

*versus*

Michael Phillip Jagger, professionally *known as* Mick Jagger, collectively and professionally *known as* The Rolling Stones; Keith Richards, collectively and professionally *known as* The Rolling Stones; UMG Recordings, Incorporated; BMG Rights Management US L.L.C.,

*Defendants—Appellees*.

─────────────

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-891

─────────────

Before Clement, Graves, and Ramirez, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

No. 23-30909

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



**A True Copy**
**Certified order issued Sep 13, 2024**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**